AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-01166-JR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED 21 AUG '19 10:37 USDC-ORP

This summons for *(name of individual and title, if any)*  Nancy Crampton Brophy

was received by me on *(date)*  8/1/19  .

☒ I personally served the summons on the individual at *(place)*  Multnomah County
Inverness Jail                            on *(date)*  8/8/19            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ 45 for services, for a total of $ 45 (pd)
0.00

I declare under penalty of perjury that this information is true.

Date:  8/13/19

Server's signature

ERIC FLENER, DEPUTY 49966
Printed name and title



Server's address

Additional information regarding attempted service, etc:

M350
MULTNOMAH COUNTY SHERIFF'S OFFICE
CIVIL PROCESS UNIT
4735 E BURNSIDE STREET
PORTLAND, OR 97215



# Multnomah County Sheriff's Office

**4735 E Burnside St. • Portland, OR 97215**

*Exemplary service for a safe, livable community*

**MICHAEL REESE
SHERIFF**

**503 988-5300 PHONE
www.mcso.us**

County:

**Court Case:** 319CV01166JR
**MCSO Case #:** 2019-318450
**Court:** DISTRICT

Served

RE: FIDELITY & GUARANTY LIFE INSURANCE COMPANY

VS.

BROPHY,NANCY CRAMPTON

I hereby certify that the following documents

INSTRUCIONS
SUMMONS IN A CIVIL ACTION
COMPLAINT FOR INTERPLEADER
CIVIL COVER SHEET
CIVIL CASE ASSIGNMENT ORDER
DISCOVERY AND PRETRIAL SCHEDULING ORDER
RED. R. CIV. P. 26(A)(1) DISCOVERY AGREEMENT
CONSENT TO JURISDICTIO NBY A MAGISTRATE JUDGE AND DESIGNATION OF
THE NORMAP APPEAL ROUTE
US. DISTRICT COURT - OREGON CIVIL CASE MANAGMENT TIME SCHEDULES

was/were delivered to me for service on the 7 day of August, 2019, and was/were

duly certified to be true copy by ATTORNEY.

I further certify that I served the papers upon

BROPHY,NANCY CRAMPTON

on the 8  day of August, 2019 at 9:45:00 AM, at MULTNOMAH CO INVERNESS JAIL , PORTLAND

MICHAEL REESE, SHERIFF
Multnomah County, Oregon

By:

FLENER, ERIC R  DPSST#: 49966

*Please be advised if a substituted service is made the plaintiff shall cause to be mailed, by first class mail,
true copies of the summons and the complaint to the defendant at defendants dwelling house or usual place
of abode, together with a statement of the date, time, and place at which substituted service was made and a
certificate of service for this action shall be filed with the court.  Please contact an attorney if you have any
additional questions.

| #1 Served: | | Civil                    Court |
|---|---|---|

**#1 Served:**

**At:**

**Date:** 8/8/19      **Time:** 0945

**Deputy:** 4 5966

Civil Court

**Case:** 2019-318450      **Case #:** 319CV01166JR

**Serve on Date:**

**Appear on Date:**

**Expire Date:**

**#1:** BROPHY,NANCY CRAMPTON

**#2:**

**#3:**

**Address:** MULTNOMAH CO INVERNESS JAIL PORTLAND

**Remarks:** 0807 AN

**Type of Process:** INST, OTHER, OTHER, OTHER, OTHER, OTHER, OTHER, OTHER, OTHER

**Gun Prohibition:**
Asked Respondent for guns -   Yes ☐ No ☐   **Remarks:**
Received guns:   Yes ☐ No ☐

| Deputy | Date | Time | Remarks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

318400

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, | ) ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:19-cv-01166-JR |
| v. | ) | |
| NANCY CRAMPTON BROPHY and NATHANIEL STILLWATER, | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nancy Crampton Brophy, Inmate #812622
c/o Multnomah County Inverness Jail
11540 NE Inverness Drive
Portland, OR  97220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brett Applegate
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **07/26/2019**

By J. R. Schlatter, Deputy Clerk