Nancy Crampton Brophy (SWIS 812622)
Multnomah County Detention Center
1120 SW 3rd Ave,
Portland, OR 97204
Filing pro se

FILED 29 AUG '19 13:20 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY CRAMPTON BROPHY and NATHANIEL STILLWATER,<br><br>Defendant. | 3:19-cv-01166-JR<br><br>DEFENDANT CRAMPTON BROPHY'S ANSWER TO INTERPLEADER |

The Defendant, Nancy Crampton Brophy, appearing *pro se,* answers plaintiff's Complaint for Interpleader. Defendant admits denies and alleges as follows:

1.   Admits paragraphs 1, 2, 3, and 4.

2.   Defendant Crampton Brophy is without sufficient information to admit or deny paragraphs 5, 6, and 7.

3.   Admits paragraphs 8, 9, 10, 11, 12, 13.

4.	Defendant Crampton Brophy is without sufficient information to admit or deny paragraph 14.

5.	Admits paragraphs 15, 16, 17, 18,

6.	Defendant Crampton Brophy is without sufficient information to admit or deny paragraph 19.

7.	Admits paragraphs 20, 21, and 22.

8.	Defendant Crampton Brophy is without sufficient information to admit or deny paragraph 23.

9.	Defendant Crampton Brophy incorporates by reference her previous answers to paragraphs 1 through 23 as they pertain to paragraph 24 of plaintiff's Complaint.

10.	Defendant Crampton Brophy is without sufficient information to admit or deny paragraphs 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36.

11.	Defendant Crampton Brophy further alleges that that Defendant Stillwater has filed a wrongful death suit in Multnomah County Case no. 19CV07890 alleging that she is a "slayer" under Oregon law. On June 11, 2019, the Multnomah County Circuit Court entered an order staying the proceedings in the civil suit pending resolution of the criminal prosecution.

12.	Defendant Crampton Brophy respectfully asks this Court to:

   a. Accept deposit of the death proceeds of the policy at issue into its registry;

   b. Discharge plaintiff from liability with respect to the policy and the proceeds;

   c. Deny plaintiff its attorney fees and costs;

   d. Stay any discovery or determination regarding which defendant is legally entitled to the proceeds of the policy;

  e. Assist Defendant Crampton Brophy in determining whether she qualifies for pro bono legal assistance in this matter.

  f. Grant Defendant Crampton Brophy leave to file an amended answer if she qualifies for pro bono legal services and future counsel determines that this answer is insufficient.

DATED this 29th day of August, 2019.

      Respectfully submitted,

      /s/ Nancy Crampton Brophy

      _____

      Nancy Crampton Brophy

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019 I served the foregoing DEFENDANT CRAMPTON BROPHY'S ANSWER TO INTERPLEADER on the following persons via email:

Brett Applegate
bapplegate@lvklaw.com
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, OR 97204

Jesse Linebaugh
jesse.linebaugh@faegrebd.com
Faegre Baker Daniels LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309

Christine Mascal
cmascal@mascal-law.com
2905 NE Broadway St.,
Portland, OR 97232

/s/ Nancy Crampton Brophy
_____
Nancy Crampton Brophy