**Brett Applegate**, OSB No. 132944
bapplegate@lvklaw.com
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: (503) 222-4424
Facsimile: (503) 827-7600

**Jesse Linebaugh**, Admitted *Pro Hac Vice*
jesse.linebaugh@faegrebd.com
Faegre Baker Daniels, LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8011
Telephone: (515) 447-4706
Facsimile: (515) 248-9010

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FIDELITY & GUARANTY LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**NANCY CRAMPTON BROPHY and NATHANIEL STILLWATER,**<br><br>Defendants. | Case No. 3:19-cv-01166-JR<br><br>[~~PROPOSED~~] **ORDER REGARDING MOTION TO DEPOSIT AND DISMISS** |

Plaintiff, Fidelity & Guaranty Life Insurance Company ("F&G") moves for an order permitting F&G to deposit the policy proceeds, dismissing F&G with prejudice, and awarding F&G's costs incurred in filing this action (#24). For good cause shown, Plaintiff's Motion to Deposit and Dismiss is GRANTED.

In accordance with Plaintiff's Motion (#24), the Clerk of Court is hereby ORDERED to accept cash, a cashier's check, or a certified check, payable to the Clerk, U.S. District Court, in the amount of $100,000 plus any applicable accrued interest.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

Pursuant to Standing Order No. 2016-11, a DOF fee for the management of investments and tax administration shall be deducted from the interest earnings on the funds deposited with the Court.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing DOF fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to Local Rule 67-2.

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS FURTHER ORDERED, that upon deposit of these funds into the Court's Registry Fund, F&G will be DISMISSED WITH PREJUDICE from this action. Defendants Nancy Crampton Brophy and Nathaniel Stillwater are further ENJOINED from instituting, prosecuting,

or maintaining any other action, suit, or proceeding against F&G in any court relating to the life insurance policy insuring Daniel C. Brophy ("Mr. Brophy" or the "Decedent") number 006655056 (the "Policy").

F&G may be granted costs incurred in filing this Interpleader action upon showing of reasonable costs made within 20 days of this order.

IT IS SO ORDERED.

DATED this 2⁷⁄day of Jan, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

**For Court Use Only**

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_Renee Martinez_
By: Financial Administrator

3