**Brett Applegate**, OSB No. 132944
*bapplegate@lvklaw.com*
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: (503) 222-4424
Facsimile: (503) 827-7600

**Jesse Linebaugh**, Admitted *Pro Hac Vice*
*jesse.linebaugh@faegredrinker.com*
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8011
Telephone: (515) 447-4706
Facsimile: (515) 248-9010

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FIDELITY & GUARANTY LIFE INSURANCE COMPANY**,<br><br>Plaintiff,<br><br>vs.<br><br>**NANCY CRAMPTON BROPHY** and **NATHANIEL STILLWATER**,<br><br>Defendants. | Case No. 3:19-cv-01166-JR<br><br>**COUNSEL'S NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE** |

**COUNSEL'S NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE**

Please be advised that effective February 1, 2020, Faegre Baker Daniels, LLP has changed its name and e-mail addresses. The new firm name thereinafter will be Faegre Drinker Biddle & Reath LLP. The mailing address and contact telephone number remains unchanged.

Jesse Linebaugh, who is counsel of record (*pro hac vice*) for Plaintiff, Fidelity & Guaranty Life Insurance Company, may, after February 3, 2020, be reached at the following e-mail address: *jesse.linebaugh@faegredrinker.com.*

  Counsel for Plaintiff, Fidelity & Guaranty Life Insurance Company, respectfully request that the Clerk and all counsel update this firm's new name and email address information.

Dated: February 25, 2020.      Respectfully submitted,

                LARKINS VACURA KAYSER LLP

                */s/ Brett Applegate*
                Brett Applegate, OSB No. 132944
                *bapplegate@lvklaw.com*

                FAEGRE DRINKER BIDDLE & REATH, LLP

                */s/ Jesse Linebaugh*
                Jesse Linebaugh, Admitted *Pro Hac Vice*
                *jesse.linebaugh@faegredrinker.com*

                ATTORNEYS FOR PLAINTIFF FIDELITY & GUARANTY LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this, **Counsel's Notice Of Firm Name And Email Address Changes**, upon the following by first class United States mail, postage prepaid, on February 25, 2020:

Nancy Crampton Brophy
c/o Lisa Maxfield
lamaxfield@pacificnwlaw.com
Pacific Northwest Law LLP
1022 NE Marshall St Suite 250
Portland, OR 97209

INMATE MAIL
Nancy Lee Cramptonbrophy SWIS #812622
11540 NE Inverness Dr.
Portland, OR 97220

Nancy Crampton Brophy
ID 812622
Multnomah County Detention Center
1120 SW 3rd Ave
Portland, OR 97204

/s/ Brett Applegate
Brett Applegate