**Brett Applegate**, OSB No. 132944
*bapplegate@lvklaw.com*
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: (503) 222-4424
Facsimile: (503) 827-7600

**Jesse Linebaugh**, Admitted *Pro Hac Vice*
*jesse.linebaugh@faegredrinker.com*
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8011
Telephone: (515) 447-4706
Facsimile: (515) 248-9010

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FIDELITY & GUARANTY LIFE INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> vs. <br><br> **NANCY CRAMPTON BROPHY and NATHANIEL STILLWATER**, <br><br> Defendants. | Case No. 3:19-cv-01166-JR <br><br> **ORDER TO WITHDRAW FUNDS AND DISBURSE** |

Funds were previously deposited with the Court pursuant to the Court's Order (#25) of January 24, 2020. These funds were deposited into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

In accordance with the Order on the Bill of Costs (#30), entered March 11, 2020, the Plaintiff has been granted costs in the amount of $445.00 to be withdrawn and disbursed from the amount previously deposited with the Clerk of Court.  The $445.00 in costs shall be withdrawn and disbursed as follows:

| | |
|---|---|
| Amount: | $445.00 |
| To: | Faegre Drinker Biddle & Reath LLP<br>801 Grand Ave., 33rd Floor<br>Des Moines, Iowa 50309 |

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to Local Rule 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this ____ day of _____, 2020.

_____
Jolie A. Russo
Magistrate Judge

---
For Court Use Only
---

APPROVED AS TO FORM:
Mary L. Moran, Clerk of Court


_____
By:  Financial Administrator